SIDNEY G. MARSHALL, Respondent, *v.* THE READING FIRE INSURANCE COMPANY, of Reading, Pennsylvania, Appellant.

*Marshall* v. *Reading F. Ins. Co.,* 78 Hun, 83, affirmed.
(Argued June 4, 1896; decided June 19, 1896.)

APPEAL from judgment of the General · Term of the Supreme Court in the third judicial department, entered upon an order made May 8, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*S. L. Wheeler* for appellant.

*L. L. Shedden* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

_____

FRANK PLACE et al., Respondents, *v.* MILES E. BURLINGAME et al., Appellants.

*Place* v. *Burlingame,* 75 Hun, 432, affirmed.
(Argued June 5, 1896; decided June 19, 1896.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made February 6, 1894, which reversed a judgment in favor of defendants entered upon a decision of the court directing a non-suit on trial at Circuit, and granted a new trial.

*Eugene Burlingame* for appellants.

*B. T. Wright* for respondents.

Order affirmed and judgment absolute ordered for plaintiffs on the stipulation, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.